*[Handwritten margin note:]* 12/3/03 Granted. Plaintiff will file the proposed motion on or before January 15, 2004. So ordered.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT AT HARTFORD**

----------------------------------X
URY & MOSKOW, L.L.C.          :    CIVIL ACTION NO.: 3:02:CV1741(RNC)
       Plaintiff,           :
   v.                            :
PATRICK ARGENTI and          :
JEAN ARGENTI,                 :
       Defendants.          X
----------------------------------

### REQUEST FOR PREFILING CONFERENCE

The Plaintiff in the above-entitled matter, URY & MOSKOW, LLC, hereby requests, pursuant to the case management plan, that that this Court schedule a prefiling conference on a dispositive motion for summary judgment. In support of this request, the Plaintiff states that it has discussed the proposed dispositive motion in good faith with opposing counsel and that the Plaintiff's proposals for compromise and settlement have been rejected. Despite these good faith efforts, the undersigned certifies that a satisfactory resolution of this dispute is not possible without intervention of this Court.

**WHEREFORE**, for all of the foregoing reasons, the Plaintiff respectfully requests a prefiling conference at the earliest possible date.

                        THE PLAINTIFF

By: _____
Frederic S. Ury, Esquire
Ury & Moskow, L.L.C.
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393 / Fed. Bar #ct05827

*[Filed stamp: 2003 DEC -3 A 8:58 U.S. DISTRICT COURT HARTFORD CT]*