UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ORDER SCHEDULING PREFILING CALENDAR

*FILED*

HONORABLE ROBERT N. CHATIGNY, U.S.D.J.

2003 DEC -3  A 11: 53

CHAMBERS TELEPHONE NUMBER (860) 240-3695

US DISTRICT COURT
HARTFORD CT

December 3, 2003

9:30 A.M.

CASE NO.  **3-02-cv-1741(RNC)**    **Ury & Moskow v. Argenti, et al.,**

Stephen P. Fogerty
Halloran & Sage
315 Post Rd. West
Westport, CT 06880

Michael K. Stanton Jr.
Halloran & Sage
315 Post Rd. West
Westport, CT 06880

Frederic S. Ury
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Pltf will file mtn for S/J by 1-15-04.*
*Defts will have 21 days to file objections.*