UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT AT HARTFORD

|  |  |  |
|---|---|---|
| URY & MOSKOW, L.L.C. | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:02 CV. 1741 (RNC) |
| v. | : |  |
| PATRICK ARGENTI and | : |  |
| JEAN ARGENTI, | : |  |
| Defendants. | : |  |

### AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The undersigned, being duly, deposes and says:

1. I am over the age of eighteen years and I believe in the obligations of an oath.

2. I make this statement of my own personal knowledge.

3. Pursuant to a written agreement ("Agreement") between the law firm of the undersigned ("Plaintiff") and Patrick and Jean Argenti, ("Defendants") the Defendants agreed that the Plaintiff would provide legal services and would charge reasonable fees for its services, including disbursements and expenses incidental thereto, and that the Defendants would pay to the Plaintiff the amount invoiced and due on the Plaintiff's account. A true and accurate copy of said Agreement is Exhibit A to the Complaint in this matter and is annexed to this Affidavit as Exhibit "A."

4. At all times pertinent hereto, the Defendant, Jean Argenti was fully informed of the terms of the Plaintiff's representation, a copy of said Agreement was provided to her at her then known residence and she fully participated in the defense provided by the Plaintiff, including attendance at settlement conferences and at Court, as required.

5. The Plaintiff provided services on the account of the Defendants as agreed ("Account").

6. The Defendants have not paid the balance due on the Account and a full and accurate report of the Account is annexed hereto as Exhibit "B." Said balance is calculated pursuant to the true and accurate accounting records of the Plaintiff that establish a balance on the Account of $103,649.33.

7. The Defendants have not paid the balance due on the Account as described in the business records and collection letters annexed hereto collectively as Exhibit "C." Said balance is calculated pursuant to the true and accurate business records of the Plaintiff that establish an additional balance on the Account of $9,000.00.

8. The records attached hereto as Exhibit B and Exhibit C are true and accurate copies of the business records for this Account and were made in the regular course of business of the undersigned Plaintiff by those with responsibility for making

such entries. They are relied on in the regular course of business and all entries were made at or near the time of the events described therein.

9. Through the present date, the Defendants have paid the Plaintiff the sum of $67,415.67 on their Account. See Exhibits C and D, attached.

10. The amount claimed currently due and owing on the Account, as set forth in the complaint, is in the amount of $112,649.33, plus interest of $54,822.60 from February 1, 2000 through January 15, 2004 with a per diem of $37.55. The total amount claimed due from the Defendants as of January 15, 2004 is $167,471.93.

11. The Plaintiff has suffered and will suffer damages, including interest and attorneys' fees, as a result of the Defendants' breach of the Agreement.

THE PLAINTIFF,
URY & MOSKOW, LLC

Dated at Fairfield, Connecticut
This 13th day of January 2004.

_____/S/
By Neal L. Moskow, Esq.
Its Member and Manager

Subscribed and sworn to
before me this 13th day
of January 2004.

_____/S/
Notary Public/Commissioner of
the Superior Court