UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT AT HARTFORD

---------------------------------------X
URY & MOSKOW, L.L.C.           :    CIVIL ACTION NO.:  3:02:CV1741(RNC)
        Plaintiff,         :
                           :
      v.                 :
                           :
PATRICK ARGENTI and            :
JEAN ARGENTI,                  :
        Defendants.        :
---------------------------------------X

## BILL OF COSTS

| | |
|---|---|
| Overnight mail: | $ 20.00 |
| Marshal's Fee: | $ 45.00 |
| Court Entry Fee: | $ 150.00 |
| **TOTAL** | **$ 215.00** |

THE PLAINTIFF,

By: _____
Frederic S. Ury
(203) 610-6393 / Fed. Bar #ct05827

## CERTIFICATION

This is to certify that a copy of the foregoing Bill of Costs was mailed this 14th day of January, 2004 to all counsel of record.

Stephen P. Fogarty, Esquire (ct01398)
Michael K. Stanton, Jr., Esq. (ct 08916)
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Frederic S. Ury