UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT AT HARTFORD

---------------------------------------------X
URY & MOSKOW, L.L.C.,          :     CIVIL ACTION NO.: 3:02:CV1741(RNC)
        Plaintiff,         :
                            :
    v.                  :
                            :
PATRICK ARGENTI and             :
JEAN ARGENTI,                   :
        Defendants.
---------------------------------------------X

### AFFIDAVIT RE ATTORNEYS' FEES

The undersigned, being duly sworn, deposes and says that he is an attorney for Ury & Moskow, LLC., the Plaintiff in the above-entitled matter. Attorneys' fees claimed in this matter are for the enforcement and collection of the retainer agreement. Attorneys' fees are in the amount of $10,793.75. Time spent as follows:

| **HOURS** | **DATE** | **DESCRIPTION** | **CHARGE** |
|---|---|---|---|
| 1.0 | 9/12/02 | Preparation and Review of letter to Argenti and review of supporting documents. | $ 250.00 |
| 1.0 | 9/22/02 | Begin Drafting Complaint. | $ 175.00 |
| 1.0 | 9/23/02 | Review of file re: documents to support Complaint for fees. Teleconference w/IJG & Bob Miller | $ 250.00 |
| 1.25 | 9/24/02 | Continuation of drafting Complaint. | $ 218.75 |
| 1.50 | 9/30/02 | Preparation and revision of Summons, waivers. and Complaint. | $ 375.00 |
|  |  | **Subtotal:** | **$ 1,268.75** |

| **HOURS** | **DATE** | **DESCRIPTION** | **CHARGE** |
|---|---|---|---|
| 1.00 | 10/8/02 | Preparation of Complaint for service. | $ 250.00 |
| 0.50 | 10/16/02 | Review of correspondence from Att'y Feinstein. Drafting correspondence to Att'y Feinstein. | $ 125.00 |
| 0.25 | 11/1/02 | Drafting fax to Att'y Feinstein. Review case status for return of waiver of service, not received. | $ 62.50 |
| 0.25 | 11/1/02 | Review file and copy retainer letter. | $ 50.00 |
| 2.50 | 11/5/02 | Preparation of Stipulated Agreement. | $ 500.00 |
| 1.00 | 11/6/02 | Revision of Stipulated Agreement. | $ 200.00 |
| 0.50 | 11/19/02 | Legal research. | $ 125.00 |
| 0.50 | 11/22/02 | Review cases on Quantum Meruit & Attorneys fees. | $ 125.00 |
| 0.25 | 1/15/03 | Revise agreement and fax Att'y Feinstein. | $ 50.00 |
| 0.75 | 2/12/03 | Revise agreement. | $ 150.00 |
| 0.50 | 3/7/03 | Review file and arrange service on defendant. | $ 100.00 |
| 1.00 | 3/11/03 | Review file and prepare documents for new summons. | $ 200.00 |
| 0.50 | 3/12/03 | Prepare Motion for enlargement of time. | $ 100.00 |
| 0.75 | 3/13/03 | Draft Motion for enlargement of time. Revise, finalize and file motion with letter to clerk w/copies of Summons & Complaint. | $ 150.00 |
| 0.50 | 3/20/03 | Review Summons & Complaint from court & forward to process server for service on defendants. | $ 100.00 |
| | | **Subtotal:** | **$2,287.50** |

| HOURS | DATE | DESCRIPTION | CHARGE |
|---|---|---|---|
| 0.25 | 3/28/03 | Received and reviewed return of service from Illuminanti Associates. File with clerks office with original return of service. | $ 50.00 |
| 0.25 | 5/16/03 | Preview Pacer page and left message for Att'y Fogerty. | $ 50.00 |
| 1.75 | 5/20/03 | Teleconference with Att'y Fogerty. Preparation of document and forward to him regarding open invoices. Preparation of petition for prejudgment attachment. | $ 350.00 |
| 1.25 | 5/21/03 | Revise application for TRO. | $ 250.00 |
| 3.25 | 5/22/03 | Finalize application for TRO. | $ 650.00 |
| 0.50 | 5/23/03 | Set up conference call and notify opposing counsel of schedule. | $ 100.00 |
| 2.00 | 6/24/03 | Preparation of 26(f) Report. E-mail to opposing counsel. | $ 400.00 |
| 0.25 | 6/30/03 | Teleconference w/Steve Fogerty. | $ 50.00 |
| 0.50 | 7/2/03 | Revise 26(f) Report. | $ 100.00 |
| 1.00 | 7/3/03 | Revise and finalize 26(f) Report. E-mail to opposing counsel. | $ 250.00 |
| 0.25 | 7/7/03 | Review 26(f) Report and prepare certification on opposing counsel. File with court clerk. | $ 50.00 |
| | | **Subtotal:** | **$2,300.00** |

| **HOURS** | **DATE** | **DESCRIPTION** | **CHARGE** |
|---|---|---|---|
| 0.75 | 7/28/03 | Prepare draft of Expert Disclosure and e-mail to expert. | $ 150.00 |
| 0.25 | 7/30/03 | Overnight Motion for Enlargement of Time to Disclose Expert Witness to court. Copies to all parties. | $ 62.50 |
| 1.25 | 7/30/03 | Teleconference with Matt Forstadt. Revise Disclosure. Phone call to Att'y Fogerty. Prepare Motion for Enlargement of Time/Scheduling Order. | $250.00 |
| 0.50 | 8/6/03 | Finalize Expert Disclosure and file with court and all parties. | $ 100.00 |
| 0.25 | 11/4/03 | Telephone calls & preparation & sending fax to Att'y Fogerty. | $ 50.00 |
| 0.25 | 11/10/03 | Teleconference with Att'y Mike Stanton. Preparation and send e-mail to Att'y Stanton. | $ 62.50 |
| 0.75 | 11/17/03 | Teleconference with Att'y Mike Stanton. Prepare and file request for prefiling conference. | $ 150.00 |
| 0.25 | 11/24/03 | Telephone call from Linda at Judge Chatigny's chambers regarding coordinating. | $ 62.50 |
| 0.50 | 11/25/03 | Telephone calls to and from Linda at Judge Chatigny's chambers. Telephone call to Conversant to set up conference call. | $ 100.00 |
| 0.50 | 11/26/03 | Research use of 26(f) undisputed facts as admissions and Summary Judgment. | $ 100.00 |
| | | **Subtotal:** | **$1,087.50** |

| **HOURS** | **DATE** | **DESCRIPTION** | **CHARGE** |
|---|---|---|---|
| 0.50 | 11/26/03 | Legal research. | $ 100.00 |
| 1.00 | 11/30/03 | Prepare file for pre-motion conference and start outline of Motion for Summary Judgment. | $ 200.00 |
| 1.00 | 11/30/03 | Prepare file for pre-motion conference and start outline of Motion for Summary Judgment. | $ 200.00 |
| 0.50 | 12/3/03 | Conference with Att'y Ury regarding status of file. | $ 100.00 |
| 3.00 | 12/4/03 | Begin to prepare Motion for Summary Judgment. | $ 600.00 |
| 2.00 | 12/5/03 | Continue to revise Motion for Summary Judgment. | $ 400.00 |
| 3.00 | 12/5/03 | Legal Research. | $ 600.00 |
| 1.00 | 12/8/03 | Continue to revise Motion for Summary Judgment. | $ 200.00 |
| 3.00 | 12/17/03 | Continue preparation for Summary Judgment. | $ 750.00 |
| 0.75 | 12/18/03 | Revise Motion for Summary Judgment. | $ 150.00 |
| 1.00 | 12/18/03 | Review and revise Motion for Summary Judgment and research. | $ 200.00 |
| 0.75 | 12/29/03 | Revise Motion for Summary Judgment. | $ 150.00 |
| | | **Subtotal:** | **$3,650.00** |

| **HOURS** | **DATE** | **DESCRIPTION** | **CHARGE** |
|---|---|---|---|
| 1.00 | 12/30/03 | Made Revisions to Plaintiff's Motion for Judgment on the Pleadings and/or Summary Judgment. | $ 200.00 |
| | | **Subtotal:** | **$200.00** |
| | | **TOTAL:** | <u>**$10,793.75**</u> |

Subscribed and sworn to
before me this 13th day
of January, 2004.

_____
Frederic S. Ury of
Ury & Moskow, L.L.C.

_____
NOTARY PUBLIC
My Commission Expires:

**<u>CERTIFICATION</u>**

  This is to certify that a copy of the foregoing Affidavit re Attorneys' Fees has been mailed, this 13th day of January, 2004, to the following:

Stephen P. Fogarty, Esquire (ct01398)
Michael K. Stanton, Jr., Esq. (ct 08916)
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

                _____
                Frederic S. Ury