## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URY & MOSKOW, LLC, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02 CV 1741 (RNC) |
| VS. | : | |
| PATRICK ARGENTI and JEAN ARGENTI, | : | |
| Defendants. | : | February 4, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to the Local Rules of this Court, Defendants Patrick Argenti and Jean Argenti hereby request that their time to submit a response to the Motion for Summary Judgment filed on behalf of Plaintiff Ury & Moskow, LLC be extended from February 5 through and including February 12, 2004.

The parties have had potentially productive settlement discussions and Defendants submit that additional time should be given in order to allow for that process to continue.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

Plaintiff has been contacted with respect to the requested extension and has consented to the extension of time noted.

                DEFENDANTS
                PATRICK ARGENTI AND
                JEAN ARGENTI

BY:_____
    Stephen P. Fogerty
    Fed. Bar No. ct01398
    Michael K. Stanton, Jr.
    Fed. Bar No. ct08916
    HALLORAN & SAGE LLP
    315 Post Road West
    Westport, CT 06880
    Tel: (203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## **CERTIFICATION**

      This is to certify that on the 4th day of February 2004 a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

Frederick S. Ury, Esq.
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825

                                                       _____
                                                     Michael K. Stanton, Jr.

510753.1(HS-FP)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195