

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URY & MOSKOW, LLC, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02 CV 1741 (RNC) |
| VS. | : | |
| PATRICK ARGENTI and JEAN ARGENTI, | : | |
| Defendants. | : | February 4, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to the Local Rules of this Court, Defendants Patrick Argenti and Jean Argenti hereby request that their time to submit a response to the Motion for Summary Judgment filed on behalf of Plaintiff Ury & Moskow, LLC be extended from February 5 through and including February 12, 2004.

The parties have had potentially productive settlement discussions and Defendants submit that additional time should be given in order to allow for that process to continue.

February 9, 2004. Granted. Counsel are reminded that motions for extension of time must be filed 5 days prior to the deadline in question. So ordered.

Robert N. Chatigny, U.S.D.J.

| | | |
|---|---|---|
| 315 Post Road West<br>Westport, CT 06880 | **HALLORAN**<br>**& SAGE LLP** | Phone (203) 227-2855<br>Fax (203) 227-6992<br>Juris No. 412195 |