UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 16 P 12: 02
U.S. DISTRICT COURT
HARTFORD, CT

---------------------------------------------------------------X
URY & MOSKOW, LLC.,

                Plaintiff,

     -v-

PATRICK ARGENTI and JEAN ARGENTI,

                Defendants.
---------------------------------------------------------------X

Civil Action No.
3:02-CV-1741 (RNC)

## STIPULATION RE SETTLEMENT AND DISMISSAL

The Plaintiff, Ury & Moskow, LLC., a Connecticut Limited Liability Company, having an address of 883 Black Rock Turnpike, Fairfield, Connecticut ("Ury & Moskow") and Patrick Argenti and Jean Argenti, individuals residing at 53 Longmeadow Road, Bedford, New York (collectively, the "Argentis") have entered into a comprehensive Settlement Agreement dated February 12, 2004 (hereinafter "Settlement Agreement"), attached hereto and made a part hereof by reference, resolving this lawsuit. Pursuant to that Settlement Agreement, the parties hereby stipulate as follows:

    1.    Ury & Moskow shall file herewith a voluntary dismissal of this action with prejudice, without costs or attorney's fees to any party.

    2.    The foregoing dismissal with prejudice shall have full res judicata and collateral estoppel effect on the Plaintiff, its successors, privities, and assigns, with respect to all issues, claims and rights that relate to the fact pattern asserted

in the Complaint, including related conduct, if any, that post-dated the filing of the Complaint.

3. Ury & Moskow warrants and represents that it is the sole and exclusive owner of all issues, claims and rights that relate to the fact pattern asserted in the Complaint.

4. This Court shall retain exclusive jurisdiction to enforce the Settlement Agreement and releases that are executed as part of the comprehensive settlement of this litigation and the parties' underlying dispute. Notwithstanding the foregoing, Ury & Moskow shall be entitled to institute proceedings in this Court for purposes of entry of judgment as the parties' have stipulated in the Settlement Agreement.

5. The entry of Judgment pursuant to the Settlement Agreement, upon an event of default, shall require <u>only</u> an affidavit of non-compliance to be filed with the Court by the Plaintiff, claiming the full amount of the judgment stipulated to by the Argentis, less any payments made prior to the entry of said judgment.

6. The Defendants have specifically waived any right to appeal or stay the enforcement of the terms of said Settlement Agreement in the event of a default thereunder and have specifically stipulated that judgment shall enter forthwith in the event that the Argentis default under the Agreement, without hearing or notice other than what is required under the Settlement Agreement.

7. Each of the parties shall be responsible for their own costs and attorneys fees.

Dated: _____, 2004

URY & MOSKOW, LLC.

By: _____
Frederic S. Ury, Esq.
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393-voice
(203) 610-6399-facsimile
Federal Bar #ct05827

Dated: 3/5, 2004

PATRICK ARGENTI and
JEAN ARGENTI

By: _____
Stephen P. Fogarty, Esq.
Halloran & Sage LLP.
315 Post Road West
Westport, CT 06880
203-227-2855-voice
203-227-6992-facsimile
Federal Bar # ct01398

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
URY & MOSKOW, LLC.,

                Plaintiff,

    -v-

PATRICK ARGENTI and JEAN ARGENTI,

                Defendants.
-------------------------------------------------------X

Civil Action No.
3:02-CV-1741 (RNC)

## DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that Plaintiff, Ury & Moskow, LLC., hereby dismisses, with prejudice, all claims asserted in the above-captioned action. Neither party shall be entitled to costs or attorney's fees.

Dated: _____, 2004

URY & MOSKOW, LLC.

By: _____
Frederic S. Ury, Esq.
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393
Federal Bar #ct05827

Dated: 3/5, 2004

PATRICK ARGENTI and
JEAN ARGENTI

By: _____
Stephen P. Fogarty, Esq.
Halloran & Sage LLP.
315 Post Road West
Westport, CT 06880
(203)-227-2855
Federal Bar # ct01398

## SETTLEMENT AGREEMENT

WHEREAS, Plaintiff Ury & Moskow, LLC ("Plaintiff") commenced a civil action styled <u>Ury & Moskow, LLC v. Patrick Argenti and Jean</u> Argenti, Civil Action No.: 3:02cv1741(RNC) by the filing and service of a Summons & Complaint on or about September 20, 2002;

WHEREAS, Defendants Patrick Argenti and Jean Argenti ("Defendants") appeared by and through counsel, serving and filing an Answer on or about June 2, 2003; and

WHEREAS, the parties are desirous of entering into an agreement resolving the issues between them and are desirous of ending the litigation and resolving all claims between them;

IT IS HEREBY AGREED that the matter noted above is settled on the following terms between Plaintiff and Defendants:

1. Defendants shall stipulate to a Judgment prepared by Plaintiff in the total sum of $149,823.43, which Judgment shall be fully executed by the parties and held in escrow by Neal L. Moskow, Esq. Said Judgment shall NOT be filed or subject to enforcement proceedings of any kind or nature until the occurrence of an uncured breach of this Agreement as set forth hereinafter.

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

2. In satisfaction of all the claims asserted by Plaintiff in the action, Defendants shall make payment in the total amount of $50,000.00 payable over a two year period in 24 monthly installments, which payments shall be in the amount of $2,083.34, payable to "Ury & Moskow, LLC." The first such payment of $2,083.34 is payable upon execution hereof by Defendants.

3. Payments hereinafter shall be due and payable on the first of each month. The second payment is due on March 12, 2004 and payments shall proceed and continue through and including January 12, 2006, unless sooner prepaid without penalty.

4. Any monthly payment due hereunder not received by the 22nd of that month shall constitute a default of the terms of this Agreement and shall allow for the immediate entry of the Judgment held in escrow by Mr. Moskow for the full amount of the Judgment, less a credit for installment payments made through the date of the claimed breach. Notwithstanding the foregoing, upon the occurrence of a breach in the form of failing to pay the monthly sum due by the 22nd of the month when due, upon notice from the Plaintiff directly to Defendants at 53 Long Meadow Road, Bedford, New York, and to the undersigned counsel for Defendants at the address indicated, the Defendants shall have ten (10) days to cure the default which is the subject of the notice given.

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

5.  The parties shall execute mutual general release documents reserving only the terms of the Settlement Agreement.

6.  Upon the full payment of the $50,000.00 in total payments as noted in number 1 above, Plaintiff shall withdraw the civil action referenced above and shall return the Judgment held in escrow to Defendants' counsel.

Dated: February 12, 2004

PLAINTIFF

_____
URY & MOSKOW, LLC
By: Frederic S. Ury, Managing Partner
Duly Authorized
883 Black Rock Turnpike
Fairfield, CT  06825
Dated: February    , 2004

DEFENDANTS

_____
PATRICK ARGENTI
Dated: February    , 2004

_____
JEAN ARGENTI
Dated: February 12, 2004

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

STATE OF CONNECTICUT     )
                         )   SS  FAIRFIELD
COUNTY OF FAIRFIELD      )

On this 12 day of February, 2004, personally appeared Neal L. Moskow, signer and sealer of the foregoing instrument, and acknowledged the same to be his free act and deed, and that he was duly authorized to act on the behalf of Ury & Moskow, LLC.

_____
Notary Public
Commissioner of the Superior Court
My Commission Expires:

STATE OF CONNECTICUT     )
                         )   SS
COUNTY OF FAIRFIELD      )

On this 12 day of February, 2004, personally appeared Patrick Argenti, signer and sealer of the foregoing instrument, and acknowledged the same to be his free act and deed.

_____
Notary Public
Commissioner of the Superior Court
My Commission Expires:

STATE OF CONNECTICUT     )
                         )   SS
COUNTY OF FAIRFIELD      )

On this 12 day of February, 2004 personally appeared Jean Argenti, signer and sealer of the foregoing instrument, and acknowledged the same to be her free act and deed.

_____
Notary Public
Commissioner of the Superior Court
My Commission Expires:

513011.1(HSFP)

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195