02cv1741stip

26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 16 P 12:02
U.S. DISTRICT COURT
HARTFORD, CT

-------------------------------------------------------X
URY & MOSKOW, LLC.,

        Civil Action No.
        3:02-CV-1741 (RNC)

        Plaintiff,

-v-

PATRICK ARGENTI and JEAN ARGENTI,

        Defendants.
-------------------------------------------------------X

### STIPULATION RE SETTLEMENT AND DISMISSAL

The Plaintiff, Ury & Moskow, LLC., a Connecticut Limited Liability Company, having an address of 883 Black Rock Turnpike, Fairfield, Connecticut ("Ury & Moskow") and Patrick Argenti and Jean Argenti, individuals residing at 53 Longmeadow Road, Bedford, New York (collectively, the "Argentis") have entered into a comprehensive Settlement Agreement dated February 12, 2004 (hereinafter "Settlement Agreement"), attached hereto and made a part hereof by reference, resolving this lawsuit. Pursuant to that Settlement Agreement, the parties hereby stipulate as follows:

    1.     Ury & Moskow shall file herewith a voluntary dismissal of this action with prejudice, without costs or attorney's fees to any party.

    2.     The foregoing dismissal with prejudice shall have full res judicata and collateral estoppel effect on the Plaintiff, its successors, privities, and assigns, with respect to all issues, claims and rights that relate to the fact pattern asserted

Approved. So ordered.
Robert N. Chatigny / U.S.D.J.
March 24, 2004.