UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| URY & MOSKOW, LLC : | |
| : | |
| v. : | CASE NO. 3:02CV1741(RNC) |
| : | |
| PATRICK ARGENTI and : | |
| JEAN ARGENTI : | |

## JUDGMENT

The parties in this action having filed a Stipulation re Settlement and Dismissal on March 16, 2004, and the court having Approved and So Ordered it by endorsement on March 24, 2004, it is therefore,

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in accordance with the stipulation.

Dated at Hartford, Connecticut, this 24th day of March 2004.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
   Linda I. Kunofsky
   Deputy Clerk

EOD _____