02CV1741 bcst

6/25/04. DENIED as moot in accordance with the terms of the Stipulation re: Settlement and Dismissal which was approved by the Court on 3/24/04. SO ORDERED.

KEVIN F. ROWE, CLERK

By: Mary A. Wiggins, Deputy-in-Charge

FILED 2004 JUN 25 P 4: 14 U.S. DISTRICT COURT HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT AT HARTFORD**

URY & MOSKOW, L.L.C.,
Plaintiff,

v.

PATRICK ARGENTI and JEAN ARGENTI,
Defendants.

CIVIL ACTION NO.: 3:02:CV1741(RNC)

FILED 2004 JAN 15 A 10: 5 U.S. DISTRICT COURT HARTFORD, CT.

**BILL OF COSTS**

| | |
|---|---|
| Overnight mail: | $ 20.00 |
| Marshal's Fee: | $ 45.00 |
| Court Entry Fee: | $ 150.00 |
| **TOTAL** | **$ 215.00** |

THE PLAINTIFF,

By: ______________________
Frederic S. Ury
(203) 610-6393 / Fed. Bar #ct05827

**CERTIFICATION**

This is to certify that a copy of the foregoing Bill of Costs was mailed this 14th day of January, 2004 to all counsel of record.

Stephen P. Fogarty, Esquire (ct01398)
Michael K. Stanton, Jr., Esq. (ct 08916)
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

______________________
Frederic S. Ury